### 18206. Moss *v.* The State.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only, and the evidence authorized the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Carrying pistol unlawfully; from Taliaferro superior court—Judge Perryman. April 11, 1927.

*J. A. Mitchell, P. H. Mitchell,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.